Fill in this information to identify the case:

Debtor name: **Cornerstone Pavers, LLC**
United States Bankruptcy Court for the: **EASTERN DISTRICT OF WISCONSIN**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Arrow Specialized Carriers, Inc.**<br>12400 Wilmot Road<br>Kenosha, WI 53142 | | | | | | $44,878.81 |
| **Brock White Construction Materials**<br>2575 Kasota Ave.<br>Saint Paul, MN 55108-1504 | | | | | | $497,735.63 |
| **Burlington Spring Valley, LLC**<br>1198-1212 Spring Valley Road<br>Burlington, WI 53105 | | | | | | $33,314.16 |
| **Environmental Solutions**<br>3770 S. Pennsylvania Ave, #4<br>Milwaukee, WI 53235 | | | | | | $51,054.60 |
| **Genesis Excavators, Inc.**<br>6913 152nd Ave<br>Kenosha, WI 53142 | | | | | | $53,342.05 |
| **Gleason Redi Mix**<br>7900 75th St.<br>Kenosha, WI 53142 | | | Disputed | | | $128,000.00 |
| **International Operating Engineers Fund**<br>N27W23233 Roundy Drive<br>Pewaukee, WI 53072 | | | | | | $427,568.56 |

| Debtor | **Cornerstone Pavers, LLC** | | Case number *(if known)* | | |
|---|---|---|---|---|---|

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Komisar & Spindler, S.C.**<br>N86 W16394 Appleton Ave.<br>Menomonee Falls, WI 53051-0575 | | | | | | $36,578.20 |
| **Kriete Group**<br>614 N. Broadway<br>Milwaukee, WI 53202 | | | | | | $26,444.36 |
| **Lake Edge Logistics, LLC**<br>P.O. Box 901<br>Oak Creek, WI 53154 | | | | | | $37,262.95 |
| **Liesener Soils, Inc.**<br>1365 Spring Valley Rd.<br>Jackson, WI 53037 | | | | | | $27,497.19 |
| **Lincoln Contractors Supply, Inc.**<br>11111 W. Hayes Ave.<br>P.O. Box 270168<br>Milwaukee, WI 53227 | | | | | | $28,069.90 |
| **Operating Engineer Funds**<br>100 Corson Street, Suite 100<br>De Forest, WI 53532 | | | | | | $427,568.56 |
| **Outdoor Lighting Construction Co.**<br>8628 W. Calumet Rd.<br>Milwaukee, WI 53224 | | | Disputed | | | $79,220.64 |
| **Ozinga Ready Mix Concrete, Inc.**<br>633 S. 84th Street<br>Milwaukee, WI 53214 | | | Disputed | | | $120,447.56 |
| **Schmitz Ready Mix, Inc.**<br>P.O. Box 250847<br>Milwaukee, WI 53225-6514 | | | | | | $44,334.51 |
| **Silbernagel Trucking, Inc.**<br>21833 W. Good Hope Rd.<br>Lannon, WI 53046 | | | | | | $111,495.96 |

| Debtor | Cornerstone Pavers, LLC | | Case number *(if known)* | |
|---|---|---|---|---|

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| St. Mary's Cement Inc. (U.S.)<br>33108 Collection Center Dr.<br>Chicago, IL 60693-0331 | | | | | | $734,647.69 |
| WI Masons Benefit Fund<br>U.S. Bank Box 78013<br>Milwaukee, WI 53278 | | | | | | $247,752.24 |
| Wisconsin Laborers District Council<br>4633 Liuna Way, S-101<br>De Forest, WI 53532 | | | | | | $247,752.24 |