UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

CHANGE OF ADDRESS – **CREDITOR**

In re: Cornerstone Pavers, LLC, et al.  Case Number: 20-20882-gmh

Chapter: 11

Check what type of address change is being requested:

☐ Payment
☑ Notice

Enter any related Claim Number(s) affected, if applicable: _____

Creditor's Name: **Badger Daylighting Corp.**

Previous Address: **1638 South West Ave., Ste. A**
Street Address

**Waukesha, WI 53189-7434**
City, State and Zip Code

Current Address: c/o CT Corporation, 301 S. Bedford St., Ste. 1
Street Address

**Madison, WI 53703**
City, State and Zip Code

Change Requested By: Jerome R. Kerkman
Print or Type Name

_Jerome R. Kerkman_ (signature)
Signature

Creditor Phone Number: _____

Creditor Email Address: _____

■ This notice is provided pursuant to 11 USC § 342 (e)(1), and the address provided above supersedes any previous address provided for this creditor in this case.

**PRINT**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

CHANGE OF ADDRESS – **CREDITOR**

In re: Cornerstone Pavers, LLC, et al.   Case Number: 20-20882-gmh

Chapter: 11

Check what type of address change is being requested:

☐ Payment
☑ Notice

Enter any related Claim Number(s) affected, if applicable: _____

Creditor's Name: **Burlington Spring Valley**

Previous Address: **1198-1212 Spring Valley Rd.**
Street Address

**Burlington, WI 53105**
City, State and Zip Code

Current Address: **c/o Robert C. Epping, 30621 52nd Street**
Street Address

**Salem, WI 53168-9260**
City, State and Zip Code

Change Requested By: **Jerome R. Kerkman**
Print or Type Name

_[signature]_
Signature

Creditor Phone Number: _____

Creditor Email Address: _____

■ This notice is provided pursuant to 11 USC § 342 (e)(1), and the address provided above supersedes any previous address provided for this creditor in this case.

**PRINT**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

CHANGE OF ADDRESS – **CREDITOR**

In re: Cornerstone Pavers, LLC, et al.    Case Number: 20-20882-gmh

Chapter: 11

Check what type of address change is being requested:
- [ ] Payment
- [✓] Notice

Enter any related Claim Number(s) affected, if applicable: _____

Creditor's Name: **Chase Visa**

Previous Address: **P.O. Box 94014**
Street Address

**Palatine, IL 60094**
City, State and Zip Code

Current Address: **1131 E. Dundee Rd.**
Street Address

**Palatine, IL 60074**
City, State and Zip Code

Change Requested By: **Jerome R. Kerkman**
Print or Type Name

_Jerome R. Kerkman_ (signature)
Signature

Creditor Phone Number: _____

Creditor Email Address: _____

■ This notice is provided pursuant to 11 USC § 342 (e)(1), and the address provided above supersedes any previous address provided for this creditor in this case.

[ PRINT ]

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

CHANGE OF ADDRESS – **CREDITOR**

In re: Cornerstone Pavers, LLC, et al.  Case Number: 20-20882-gmh

Chapter: 11

Check what type of address change is being requested:
- [ ] Payment
- [✓] Notice

Enter any related Claim Number(s) affected, if applicable: _____

Creditor's Name: **Ferguson Waterworks**

Previous Address: **N49 W22990**
Street Address

**Pewaukee, WI 53072**
City, State and Zip Code

Current Address: **N49 W22990 Commerce St.**
Street Address

**Pewaukee, WI 53072**
City, State and Zip Code

Change Requested By: **Jerome R. Kerkman**
Print or Type Name

_/s/ Jerome R. Kerkman_
Signature

Creditor Phone Number: _____

Creditor Email Address: _____

■ This notice is provided pursuant to 11 USC § 342 (e)(1), and the address provided above supersedes any previous address provided for this creditor in this case.

PRINT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

CHANGE OF ADDRESS – **CREDITOR**

In re: Cornerstone Pavers, LLC, et al.　　Case Number: 20-20882-gmh

Chapter: 11

Check what type of address change is being requested:

☐ Payment
☑ Notice

Enter any related Claim Number(s) affected, if applicable: _____

Creditor's Name: **Indiana Phoenix**

Previous Address: **200 Dekko Drive**
Street Address

**Avilla, IN 46710**
City, State and Zip Code

Current Address: **P.O. Box 499**
Street Address

**Avilla, IN 46710**
City, State and Zip Code

Change Requested By: **Jerome R. Kerkman**
Print or Type Name

_/s/ Jerome R. Kerkman_
Signature

Creditor Phone Number: _____

Creditor Email Address: _____

■ This notice is provided pursuant to 11 USC § 342 (e)(1), and the address provided above supersedes any previous address provided for this creditor in this case.

PRINT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

CHANGE OF ADDRESS – **CREDITOR**

In re: Cornerstone Pavers, LLC, et al.    Case Number: 20-20882-gmh

Chapter: 11

Check what type of address change is being requested:

- [ ] Payment
- [✓] Notice

Enter any related Claim Number(s) affected, if applicable: _____

Creditor's Name: Jerry Willkomm, Inc.

Previous Address: 991 119th Court
Street Address

Sturtevant, WI 53177
City, State and Zip Code

Current Address: P.O. Box 181
Street Address

Somers, WI 53171
City, State and Zip Code

Change Requested By: Jerome R. Kerkman
Print or Type Name

*[signature]*
Signature

Creditor Phone Number: _____

Creditor Email Address: _____

■ This notice is provided pursuant to 11 USC § 342 (e)(1), and the address provided above supersedes any previous address provided for this creditor in this case.

**PRINT**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

CHANGE OF ADDRESS – **CREDITOR**

In re: Cornerstone Pavers, LLC, et al.     Case Number: 20-20882-gmh

Chapter: 11

Check what type of address change is being requested:
- [ ] Payment
- [✓] Notice

Enter any related Claim Number(s) affected, if applicable: _____

Creditor's Name: **Operating Engineer Funds**

Previous Address: **100 Corson St., Ste. 100**
Street Address

**DeForest, WI 53532**
City, State and Zip Code

Current Address: **100 Corson Street, Ste. 100**
Street Address

**Pasadena, CA 91103**
City, State and Zip Code

Change Requested By: **Jerome R. Kerkman**
Print or Type Name

*[signature]*
Signature

Creditor Phone Number: _____

Creditor Email Address: _____

■ This notice is provided pursuant to 11 USC § 342 (e)(1), and the address provided above supersedes any previous address provided for this creditor in this case.

PRINT