THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: February 20, 2020



G. Michael Halfenger
Chief United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

**In re:**

    **Cornerstone Paving, LLC** *et al.*,[1]      Case No. 20-20882-GMH
                                                   **Chapter 11**
                          **Debtors.**                          **Jointly Administered**

## ORDER EXTENDING DEADLINE TO FILE SCHEDULES AND STATEMENTS OF FINANCIAL AFFAIRS

        This matter came before the Court on the Debtors' motion to extend the deadline to file the Schedules and Statements of Financial Affairs required by Bankruptcy Rule 1007(b)(1). No objections were filed on the motion. Notice was sufficient under the circumstances. The Court has jurisdiction to hear the matter and it is a core proceeding.

        IT IS ORDERED that the Debtor's deadline to file Schedules and Statements of Financial Affairs required by Bankruptcy Rule 1007(b)(1) is hereby extended to February 25, 2020.

---

[1] Jointly administered with Burlington Pavers Leasing, LLC (Case No. 20-20884-GMH).

Evan P. Schmit
Kerkman & Dunn
839 N. Jefferson St., Suite 400
Milwaukee, WI 53202
Phone: 414.277.8200
Facsimile: 414.277.0100
Email: eschmit@kerkmandunn.com

#####

2