

THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: February 20, 2020

G. Michael Halfenger
Chief United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

**In re:**

**Cornerstone Pavers, LLC,** *et al.,*[1]   **Case No. 20-20882-gmh**
  **Chapter 11 Proceedings**
**Debtors.**   **Jointly Administered**

### INTERIM ORDER AUTHORIZING THE DEBTORS' PAYMENT OF CERTAIN IMMEDIATE PRE-PETITION WAGES

This matter came before the Court on February 12, 2020, on the motion of Cornerstone Pavers, LLC and Burlington Pavers Leasing, LLC (collectively, the "Debtors") for (i) authority to pay pre-petition wages, pension benefits and fringe benefits incurred FROM February 1, through 4, 2020 up to the statutory cap of $13,650 per employee in the aggregate contained in 11 U.S.C. §§ 507(a)(4) and 507(a)(5), and benefits, together with related taxes and payroll deductions (including union dues) (collectively, "Pre-Petition Wages"), (ii) directing the bank

---

[1] Jointly administered with Burlington Pavers Leasing, LLC (Case No. 20-20884-gmh).

Drafted by:

Jerome R. Kerkman
Kerkman & Dunn
839 N. Jefferson St., Suite 400
Milwaukee, WI 53202-3744
Phone: 414.277.8200
Facsimile: 414.277.0100
Email: jkerkman@kerkmandunn.com

that maintains the Debtors' payroll and operating accounts to honor checks or fund transfer requests to pay these Pre-Petition Wages, and (iii) waiving any stay of the order under Fed. R. Bankr. P. 6003(b) and 6004(h) (the "Motion").

For the reasons stated on the record,

**IT IS ORDERED** that:

1. The Debtors are authorized to pay Pre-Petition Wages.

2. Community State Bank is directed to maintain the Debtors' payroll and operating accounts to honor checks or fund transfer requests to pay all Pre-Petition Wages.

3. Any stay of this Order is waived.

# # # # #