# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: | Case No. 20-20882 |
| Cornerstone Pavers , LLC, | Chapter 11 |
| Debtor. | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

TO:  Clerk of United States Bankruptcy Court.

PLEASE TAKE NOTICE that the undersigned counsel, pursuant to Bankruptcy Rules 2002 and 9010(b), hereby gives notice of appearance as attorney for Merchants Bank Equipment Finance, a division of Merchants Bank National Association.

The undersigned counsel requests copies of all notices, pleadings, and other documents served or filed in this case, to be served upon the undersigned and all notices be sent to the address listed below.

PLEASE TAKE FURTHER NOTICE that Merchants Bank Equipment Finance, a division of Merchants Bank National Association intends that neither this Request for Notice and Notice of Appearance nor any later appearance, claim or suit shall waive (1) its right to have final orders in non-core matters entered only after *de novo* review by a District Judge; (2) its right to trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding relating to these cases; (3) its right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, setoffs, or recoupments to which they are or may be

entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

**MESSERLI & KRAMER P.A.**

Dated: February 25, 2020

*s/Joshua A. Hasko*
Joshua A. Hasko
1400 Fifth Street Towers
100 South Fifth Street
Minneapolis, Minnesota 55402-4218
jhasko@messerlikramer.com
Telephone: (612) 672-3600

**ATTORNEY FOR MERCHANTS BANK EQUIPMENT FINANCE, A DIVISION OF MERCHANTS BANK NATIONAL ASSOCIATION**